# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO A. VAZQUEZ,<br><br>             Plaintiff,<br>v.<br><br>NORTHBROOK INDEMNITY COMPANY,<br><br>             Defendant. | CASE NO: 1:20-cv-00923-DAD-JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 4) |

The parties have stipulated to the action being dismissed with prejudice with each side to ebar their own fees and costs.  (Doc. 4) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

   Dated:   **September 29, 2020**                     **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE